IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| OLAUDAH MCKENZIE,<br><br>Plaintiff,<br><br>v.<br><br>SHERIFF LYNN M. ANDERSON; CAPTAIN JOHN STATEN; LT. OGLESBY; NURSE JANE DOE; DR. POPE; and TRANSFORM HEALTH CARE RX,<br><br>Defendants. | CIVIL ACTION NO.: 6:17-cv-83 |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 8), to which no Objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's monetary damages claims against Defendant Staten in his official capacity, **DISMISSES** Plaintiff's claims against Defendants Anderson, Oglesby, and Transform Health Care Rx, and **DENIES** Plaintiff leave to appeal *in forma pauperis* as to his claims against Defendants Anderson, Oglesby, and Transform Health Care Rx. Plaintiff's deliberate indifference to medical needs claims against Defendants Staten, Pope, and Doe remain pending.

**SO ORDERED**, this 6th day of March, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA