# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| OLAUDAH MCKENZIE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAPT. JOHN STATEN; and DR. POPE,<br><br>　　　　Defendants. | CIVIL ACTION NO.: 6:17-cv-83 |

## O R D E R

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 24). Plaintiff did not file Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's claims against Defendant Jane Doe, **DIRECTS** the Clerk of Court to terminate Defendant Jane Doe as a Defendant in this case, and **DENIES** Plaintiff leave to appeal *in forma pauperis* as to his claims against Defendant Jane Doe.

**SO ORDERED**, this 10th day of January, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA