AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

OLAUDAH MCKENZIE,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:17-cv-83

CAPTAIN JOHN STATEN; and DR. POPE,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated September 21, 2020, granting defendants' Captain John Staten and Dr. Pope motions for summary judgment, judgment is hereby entered in favor of Defendants Captain John Staten and Dr. Pope and against Plaintiff Olaudah McKenzie .  This case stands closed and Plaintiff's in forma Pauperis status on appeal is denied.

Approved by: _____

September 22, 2020
Date

John E. Triplett, Acting Clerk
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03